In the Matter of the Accounting of ARTHUR C. GWYNNE, as Executor of JOHN A. GWYNNE, Deceased, Respondent.

DORA T. C. GWYNNE, as Administratrix of the Estate of JOHN A. GWYNNE, JR., Deceased, Appellant.

*Matter of Gwynne*, 173 App. Div. 953, affirmed.

(Argued February 28, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1916, which affirmed a decree of the Westchester County Surrogate's Court judicially settling an intermediate account of the executor of John A. Gwynne, deceased.   Decedent by his will directed payment of the income arising from one-fifth of his residuary estate to his son John A. Gwynne, Jr., during his life. Said son survived his father nearly six years but never received any of the income so directed to be paid him. His administratrix sought in this proceeding to compel the executors of John A. Gwynne to account for such unpaid income.   The executors contended that the estate consisted almost entirely of real estate, heavily incumbered and that no income was available for payment to contestant's intestate during his life.

*Martin L. Stover* for appellant.

*William Porter Allen* and *J. Allen Townsend* for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.   Not sitting: HISCOCK, Ch. J.